Talia J. Offord (AZ State Bar No. 028768) Talia.Offord@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Attorneys for Midwest Bankcentre, and Jerry Scheidegger

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Midwest BankCentre, a Missouri Company; and Jerry Scheidegger, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> \<midwestbankcheated.com\> and \<jerryscheideggercheatedme.com\>, Internet domain names; and John Doe, an individual <br><br> Defendants. | No. 15-cv-_____ <br><br> **COMPLAINT** |

Now Come Midwest BankCentre ("Midwest Bank") and Jerry Scheidegger (collectively, "Plaintiffs") by and through counsel undersigned, and for cause of action with *in rem* jurisdiction against the Internet domain names <midwestbankcheated.com> and <jerryscheideggercheatedme.com> (collectively, "Domain Names") hereby allege and claim as follows:

**PARTIES, JURISDICTION AND VENUE**

1. Midwest Bank is a corporation organized under the laws of Missouri.

2. Jerry Scheidegger is an individual who resides in Missouri and is a Board Member of Midwest Bank.

4813-2984-8612.3

LEWIS BRISBOIS BISGAARD & SMITH LLP

3. Pursuant to 15 U.S.C. § 1125(d)(2)(C)(i), a domain name is deemed to have its situs in the judicial district in which the domain registry is located. GoDaddy is the registrant of the Domain Names. GoDaddy's principal place of is located in this district at 14455 North Hayden Road, Scottsdale, Arizona.

4. GoDaddy owns Domains By Proxy, which provides privacy protection services to registrants of domain names.

5. Pursuant to terms of 15 U.S.C § 1125(d)(2)(A), the owner of any distinctive trademark, registered or common law, "may file an *in rem civil* action against a domain name in the judicial district in which the domain name . . . registry, or other domain name authority that registered or assigned the domain name is located if . . . [the Plaintiff] is not able to obtain *in personam* jurisdiction over a person who would have been a defendant in a civil action under paragraph (1) [of the ACPA]."

6. Plaintiffs are unable to obtain *in personam* jurisdiction over the registrant(s) of the Domain Names as the identity of the registrant ("John Doe") is privacy protected by Domains By Proxy.

7. Plaintiffs repeatedly attempted to contact GoDaddy and Domains By Proxy regarding John Doe's unauthorized registration and use of the Domain Names.

8. John Doe is an individual whose identity is unascertained at this time, who is the registrant of the Domain Names.

9. The Domain Names are Internet domain names subject to *in rem* jurisdiction in the United States District for the District of Arizona under the Anticybersquatting

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Consumer Protection Act (ACPA), 15 U.S.C. § 1125(d)(2)(C)(ii). Documents sufficient to satisfy 15 U.S.C. § 1125(d)(2)(C)(ii) are attached hereto and **Exhibit A**.

10.   This Court has jurisdiction over the subject matter of this action pursuant to the Anticybersquatting Consumer Protection Act (ACPA), 15 U.S.C. § 1125 *et seq.,* including jurisdiction under 28 U.S.C. §§ 1331, 1332, and 1338(a).

11.   Venue in this district is proper under 28 U.S.C. §§ 1391 and 1400(b), and under 15 U.S.C. §§ 1125.

## GENERAL ALLEGATIONS

12.   Midwest Bank is the owner of the common law trademark MIDWEST BANK, which Midwest Bank has been using in connection with banking services since at least as early as 1999, and the MIDWEST BANK mark has become distinctive as a result of Midwest Bank's promotion and use of the MIDWEST BANK mark for over 15 years.

13.   The MIDWEST BANK mark and the personal name of Jerry Scheidegger are being used in commerce by John Doe to tarnish the MIDWEST BANK mark and to spread false and defamatory statements about the Plaintiffs on the website to which the Domain Names direct.

14.   The Domain Names John Doe registered are being used in violation of the Anticybersquatting Consumer Protection Act (ACPA) and various other sections of the Lanham Act.

15.   On or about October 23, 2014, John Doe registered the Domain Names, MIDWESTBANKCHEATED.COM and JERRYSCHEIDEGGERCHEATEDME.COM, as evidenced by the Whois detail reports (attached hereto as **Exhibit A)** to tarnish the

LEWIS BRISBOIS BISGAARD & SMITH LLP

MIDWEST BANK trademark and to spread false and defamatory information about Plaintiffs.

16. According to the records in the Whois database of Domain Name registrations, the current registrant information John Doe provided for each of the Domain Names is "Registration Private," and the address provided for the Domain Names is the address for GoDaddy in Scottsdale, Arizona. *Id.*

17. The Domain Names were registered by and are under the control of John Doe.

18. The MIDWESTBANKCHEATED.COM domain name is confusingly similar to the MIDWEST BANK mark and trade name, and wholly incorporates it.

19. The JERRYSCHEIDEGGERCHEATEDME.COM domain name is confusingly similar to and wholly incorporates the personal name of Jerry Scheidegger.

20. Plaintiffs have suffered damages as result of John Doe's unlawful actions, which include diversion of company resources, tarnishment of the MIDWEST BANK mark and Jerry Scheidegger's personal reputation.

## CAUSE OF ACTION

### VIOLATION OF THE ANTICYBERSQUATTING CONSUMER PROTECTION ACT UNDER 15 U.S.C. § 1125(d)

21. Plaintiffs incorporate and reallege all of the foregoing paragraphs as if fully set forth herein.

22. This is a claim pursuant to 15 U.S.C. § 1125(d), the Anticybersquatting Consumer Protection Act ("ACPA"), seeking the transfer of the Domain Names.

LEWIS BRISBOIS BISGAARD & SMITH LLP

23. Midwest Bank has common law rights to the MIDWEST BANK mark, which is wholly incorporated into the MIDWESTBANKCHEATED.COM domain name.

24. Jerry Scheidegger is the owner of his legal name, which is wholly incorporated into the JERRYSCHEIDEGGERCHEATEDME.COM domain name.

25. Midwest Bank has continuously used the MIDWESTBANKCENTRE.COM Domain Name, incorporating its mark in connection with its banking services.

26. John Doe has no bona fide use of the Domain Names incorporating the MIDWEST BANK mark or Jerry Scheidegger's personal name.

27. John Doe's intent in registering and using the Domain Names is to divert consumers from the Midwest Bank's online location to a site accessible under the Domain Names developed solely to harm the goodwill of Midwest Bank's mark and Jerry Scheidegger's personal reputation, either for commercial gain or with the intent to tarnish Midwest Bank's mark and Jerry Scheidegger's name, by creating a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the content of the website to which the Domain Names direct.

28. John Doe intentionally applied to register the Domain Names in secret to hide his or her contact information.

29. John Doe is using the Domain Names without authorization from Plaintiffs and with the bad faith intent to mislead and deceive the public.

30. The aforesaid actions constitute cyberpiracy in violation of § 43(d) of the Trademark Act of 1946 (as amended), 15 U.S.C. § 1125(d).

LEWIS BRISBOIS BISGAARD & SMITH LLP

31. John Doe's unauthorized registration and use of the Domain Names has, is, and, unless remedied, will continue to cause injury to Plaintiffs and the goodwill Midwest Bank has built in its mark and trade name, the business reputation of Midwest Bank, and the personal reputation of Jerry Scheidegger. Plaintiffs have no adequate remedy at law but to force transfer of the Domain Names.

## PRAYER FOR RELIEF

**WHEREFORE**, on the above claims, Plaintiffs pray for judgment as follows:

1. That this Court find John Doe registered and used the Domain Names in violation of the ACPA;

2. That this Court order GoDaddy to transfer the Domain Names to Plaintiffs; and

3. That this Court grant any other such relief as the Court may deem necessary.

RESPECTFULLY SUBMITTED June 3, 2015.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By /s/ Talia J. Offord

Talia J. Offord
Attorneys for Midwest BankCentre
and Jeffery Scheidegger